Form 66 (20210922_apo)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>MOUSA ZUGHAYER,<br><br>Debtor(s)<br><br>SWIFT FINANCIAL, LLC,<br><br>Plaintiff(s)<br><br>MOUSA ZUGHAYER,<br><br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | BK No.:   19-29151<br><br>Chapter:  7<br><br>Honorable Deborah L. Thorne<br>SELECT IF OUTLYING AREA<br><br>Adv. No.: 20-00023 |

**AGREED ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE**

THIS CAUSE coming on to be determined on the Stipulation to Dismiss filed herein by counsel for Plaintiff and Defendant, and the Court being advised in the premises based on status hearings held in this proceeding;

IT IS ORDERED that this adversary proceeding is dismissed with prejudice, without costs, and without further hearing. The status hearing scheduled for June 30, 2022, is stricken.

Enter:

*Deborah L. Thorne*

Dated: June 29, 2022

United States Bankruptcy Judge

**Prepared by:**

Charles S. Stahl, Jr. (I.D. No. 2699915)
Swanson, Martin & Bell, LLP
2525 Cabot Drive, Suite 204
Lisle, IL 60532

Form G6 (20210922_apo)
630-7808472
cstahl@smbtrials.com